

Royal Caribbean Cruises LTD
1050 Caribbean Way
Miami, FL 33132

June 13, 2013

      Attn: Leah Martinez
      Re: Smith v. RCCL

Dear Ms Martinez:

In accordance with your request, ConServ Associates has reviewed the circumstances of the captioned matter.

**References:**
In our review we have utilized the following resources:

I. ANSI/NSPI-APSP – 1 Standard Public Swimming Pools
II. The transcript of Mr. Smith's testimony in deposition 8-13-13.
III. The Complaint 2-27-13

IV. Mr. Ebro's preliminary report of his investigation of the matter
V. Florida's 64E-9 Swimming Pool Regulations
VI. ISPSC Code by International Codes Council

VII. Video tapes taken the date of the alleged incident by persons unknown
VIII. Still photos extracted from video tapes recorded by others
IX. The writer's inspection of the premises of the alleged incident

X. Photos of the incident site taken by the writer
XI. Observation of water testing process by Ship's Crew
XII. Exemplar models of water testing result records

XIII. Interview at cite of alleged incident with Mr. Robert Nikolic
XIV. Affidavit of Miguel Hernandez dated 12-26-13
XV. NSPF CPO Manual – several editions

XVI. NRPA AFO Manual 4th edition
XVII. Excerpts from U.S. Public Health Service/CDC 2011 Vessel Sanitation Operation Manual
XVIII. Excerpts from Royal Caribbean's Fleet Operations Manual

XIX. Royal Caribbean's Guest Injury Report dated 2-27-12
XX. Memo and notes from Reynaldo Aquino, MD 2-27-12
XXI. Royal Caribbean Medical Facility Consultation Request 2-27-12

XXII. Pt response to Defendant's Interrogatories dated 6-18-13
XXIII. Excerpt from Royal Caribbean's Facilities Management Manual; Chapter 3
XXIV. Florida Statute 514.0115
XXV. The writer's 30+ yrs of hands on experience in operations in the aquatic industry.

**Site of Alleged Incident:**
The alleged incident occurred on 2-27-12 in a swimming pool aboard the Liberty of The Seas cruise ship owned by Royal Caribbean Cruise Line. At the time of the alleged incident, Liberty was moored at its berth in Port Everglades, Fort Lauderdale Florida. The time of the incident is unclear based on Pt's deposition testimony but it apparently occurred early to mid-afternoon.

The pool designated by Pt is about 20 ft wide by 40 ft long and has a constant depth of about 5 ft. Other aquatic attractions are located nearby as is food and beverage service. The pool walls and floor are painted white/off white.

**The Incident:**
The alleged incident is described by Plaintiff hours after its occurrence. It is alleged that the pool water in the 5 ft deep pool on board Liberty of the Seas was turbid preventing him from seeing the pool wall as he approached it while swimming under water. Not identifying the pool wall as he approached it, he alleges he struck the wall with his head. Mr. Smith stated he was holding his breath while swimming underwater and attempting to swim the length of the pool.

**Findings:**
From the above references the following is established
1. Except for Pt's allegation, there is no testimony that the pool water was in violation of industry standards and practices.
2. While recreational submersion in water without breathing for extended periods is not acceptable because it can trigger unconsciousness and death due to episodic apnea.
3. Liberty of the Seas, (Liberty) swimming pool maintenance staff functioned in accord with company policies and procedures with respect to maintenance of pool water quality.

4. Liberty pool water quality policies and procedures are in general accord with prevailing U.S. practices, procedures, and standards
5. Aquatic industry practice does not prohibit persons from swimming underwater.
6. The anticipated effects of excessively extended submerged non breathing activity are related to cardio-pulmonary reactions not to vision modification

7. It is logical to expect any swimmer whether on the pool surface or submerged would suspend their activity if vision was distorted.
8. Liberty had appropriate signs posted with pool warnings at the various entrances to the pool.
9. While Liberty does not fall under their areas of surveillance and standards, its operating policies are consistent with published state (Florida) and U.S (ANSI/APSP-1) Standards.

10. ANSI/ASPSP standards exempt motel and hotel (Class C) pools from lifeguarding requirements.
11. Florida regulations, as a point of reference, do not require lifeguards on any public swimming pool.
12. Lifeguards, when provided, are not trained to prevent or prohibit normal underwater swimming.

13. Lifeguards, when provided are trained to intercede when bather underwater activity extends to an excessive period of time.
14. Florida regulations specify that the walls and floors of Public Pools be painted a light highly reflective finish.
15. ANSI/APSP standards do not stipulate pool wall and floor finish colors

16. Pool water staff on the Liberty is provided recognized equipment for water chemistry testing.
17. Pool water staff is trained/instructed to evaluate pool water clarity in accord with prevailing practices in

the industry.
18. In process direction and , by note in the daily water quality test record staff is instructed to close/not open a pool which does not meet clarity criteria.

19. Mr. Smith stated he attempted to swim across the pool underwater several times.
20. Mr. Smith stated that during his several prior attempts to traverse the pool he could not see well.
21. Mr. Smith stated he was aware he could not see well when he entered the pool for his first lap.

22. Pt testified that weather at the time of his activity was partly cloudy.
23. Sunlight was engaging the pool surface.
24. When a body is in motion in the pool, the surface will be lightly agitated randomly.

25. When a light breeze passes over the pool surface, the surface will be lightly agitated randomly.
26. On the day of the incident there was no indication the water was cloudy.
27. On the day of the incident the water was sufficiently clear to allow recreational swimming.

**Conclusions:**

Consideration of the above noted references and findings, the following conclusions are drawn:
   a) Mr. Smith's accident and related injuries did not occur as he described.
   b) Mr. Smith's alleged collision with the pool wall was not the product of his submerged non-breathing activity.
   c) Mr. Smith's accident and related injuries are the product of voluntary activity on his part which distorted or distracted his vision under water including his failure to wear swim goggles.
   d) Had Lifeguards been on duty and working as normally trained, Pt would not have been prevented from swimming underwater.
   e) Royal Caribbean did nothing in its pool water quality control processes which caused this incident.
   f) Royal Caribbean did not fail to properly administer its pool water quality control processes which caused this incident.
   g) In operating ship's pools without lifeguards, Royal Caribbean's procedures and policy are consistent with prevailing commonly accepted standards, regulations, and practices in the aquatics industry.

**Conclusion:**
This report is based on information provided to date. If new or differing information be made available, ConServ Associates reserves the right to amend or expand this report in the interest of accuracy. Should amendments be made they will be communicated to counsel on a timely basis.

Very truly yours,
Con-Serv Associates Inc.

W.A. James,
President



PERSONAL DATA
Wallace A. James
432 Juanita Lane
Powder Springs, GA 30127
770 222 2402
conserv1@mindspring.com
http://www.funsafety.com

**SUMMARY:**
Formal Education includes Bachelor of Mechanical Engineering followed by Post Graduate work in Mechanical Engineering supplemented with continuing education in technical matters of interest and management specialties. Following 20 years in industrial management and engineering were 30 yrs of experience in General Management and Risk Management in the Leisure Industries with emphasis in aquatics leisure.

Experience includes design, construction and operation of machinery and structures, applied metallurgy, administration and operational management of industrial and leisure companies, capital equipment sales, facility and market development for recreational enterprises, leisure facility risk and hazard identification and assessment.

Allied activity in the leisure industry including equipment valuation and business value assessment, facility construction and operation, risk management, training program development, staff performance assessment and general management. Industry-wide contributions include development of guidelines for and consulting to public and private sector operated waterparks, aquatic based resorts, swimming pools and aquatic leisure facilities, development of guidelines for concession go-karts and fun-karts, development of inspection standards for ski facilities, amusement attractions, family entertainment centers, hotels, restaurants, bowling centers, fitness clubs, skating facilities, and campgrounds.

Consulting includes provision of expert technical opinion and testimony for law firms regarding design, construction, operation and values in matters relating to all aspects of the leisure industry with emphasis in the aquatics fields.

**EDUCATION:**
- University of Detroit BME, 1959
- University of Toledo, 1961
- Metals Engineering Institute 1962-66
- University of Akron 1958-59
- American Management Association -Ext. Programs
- Machinery and Equipment Supplier Trade seminars
- National Ski Patrol - Risk Management 1961-78
- National Swim Pool Foundation*

**EDUCATION (cont'd):**
- GBA Risk Management CRE III*, CRE Instructor
- CLM Entertainment CRE Certification*
- World Waterpark Association - Seminar Programs
- National Association of Amusement Ride Safety Officials – Level III with instructor and supervisor endorsements*
- Amusement Industry Manufacturers and Suppliers Assoc Amusement Ride Operations I.*
  *Certification by Test

**AWARDS:**
- Industry Leadership Award, (5 yrs) WWA
- Kelly Ogle Memorial Award, The World Waterpark Association for contributions to safety (1989 & 93)
- Charter Member WWA Hall of Fame
- Distinguished Service Award, The National Ski Patrol system for contributions to outdoor recreation risk management and safety 1996
- Distinguished Service Award, The International Recreation Go-kart Association for guidelines development 1996
- Outstanding speaker - World Waterpark Ass'n 1996 and 1999

**AWARDS (cont'd):**
- AIMS 'George Millay Award' Aquatic Industry Leadership inaugural award (2011)
- Certified QSI Provider to state of California
- Award for Administrative Service, The Ohio Region of The National Ski Patrol System 1975 Inaugural in name of WAJ
- National Appointment # 3454, The National Ski Patrol System Leadership award, 1962
- Yellow Merit star, The National Ski Patrol System 1978
- Distinguished Service Award, The National Ski Patrol System for contributions to outdoor recreation risk management

**TRADE ASSOCIATIONS:**
-International Codes Council- Member ICC-ISPSC International Swimming Pool and Aquatic Recreation Facility Model Code
- Professional Pool Operators of America, Member of Advisory Board for Special Aquatic Attractions
- Association for Challenge Course Technology – member
- World Waterpark Association, Supplier Member, WAHC tracking committee

**TRADE ASSOCIATIONS (Cont'd):**
- National Recreation and Park Association member and certified AFO instructor (Retired)
- Amusement Industry Manufacturers and Suppliers
- International (AIMS) Instructor, Certified Rides Operator
- International Association of Amusement Parks and Attractions (IAAPA) Seminar Presenter
-International Recreational Go Karting Association Technical Advisor (retired)

**SELECTED PUBLICATIONS:**
- Splash Magazine, "For Your Safety, May I Recommend?"
  '85 "Head First sliding; Is It safe?" '85; "Deep Water Equals Deep Trouble?" '96 ; "NSPI Writing Waterpark standards" 3-97 "Fecal Accidents - You Have The Power" 01  "Insurance In 2002- for better or for worse 12-01; The Mechanics of Trips and Falls 2012
- "Considerations for Operating Safety", World Waterpark Association Editor '85, '91, '95, '03
- Future Parks and Leisure Industry Development Magazine "Leisure Is Not Fun If You Get Hurt or Sick" 01
- Aquatics Magazine, "Avoid the Coming Insurance Crunch" '93; Waterslide safety '00
- "Suggestions for Waterpark Signs", World Waterpark
  Association and International Association of Amusement Parks and Attractions Co-Editor '90
- Aquatic Facility Operators Manual, National Parks and Recreation Association Contributor '95, '99, '02
- Guidelines for Concession Go-Karts, International Recreational Go-Kart Association Contributor '95
- Guidelines for Fun Karts, International Recreational Go-Kart Association Contributor '96
- Aquatics International, "Economic Efficiencies to Be Gained In Aquatic Operations '93
- Right Track, "Track Guard Rails, The Great Debate" '95; Analysis of Track Rail Testing '96; Industry Standard Development co-author '98; Various prior articles-
  GBA, Guidelines for Ski Areas Inspections '92; Guidelines for Children's Soft Play Inspections '93; Guidelines for Bowling Center Inspections, '92; Guidelines for Hotel Inspections '93; Guidelines for Theater Inspections '92
- Aquatics International "Good Clean Fun" Waterpark water quality management; "Be Prepared" staff Training, 10-'01  "Thrills Without spills" Waterslide inspections 10-'00;
- Complete Guide to Good and Safe Waterpark Attractions, Self-published 10-08.  3rd Edition to publish 4-'13
- Right Track, "Implications of Seat Belt Configurations" 12-02

**SELECTED PUBLICATIONS (Cont'd):**

- World Waterpark Magazine
"The Mystery of Slips Trips and Falls" July 2003; Hydraulic Jump A Non-Technical Overview Dec 2002; "Water Quality and Your Bottom Line" 8-'02;
"Battle of the Bugs" 3-'03 "Q&A" (Blind Authorship several issues relating to water quality)

**SELECTED PRESENTATIONS:**
- British Leisure Industry Week, Risk Management 4-'93
- NAARSO/IRGA, Cincinnati, Ohio; Family Entertainment Center Risk Management in Operations 3-'94
- Japan Industry Council, Tokyo; Risk Management In Aquatic Based Operations
- TiLE Asia, Singapore; Risk Management in Leisure Venture Development 3-'96; Maestricht, Netherlands; Accident Prevention is Not Risk Management 5-'96
- World Waterpark Association, Various U.S. Locations;  Management and Risk Management Principles in the Leisure Industry, Business Plan Development Using Risk Management Principles, staff Training, Evaluating New Attractions, Management of Aquatic Features in The Leisure Environment '81-'03
- NRPA 1992 Swimming Pool and Aquatic Conferences Risk Management in the Aquatic Environment
- WWA Creative Leisure Management Conference "Crisis Management in the leisure Environment" April 1997.
- EFFACE, Orlando Florida; Safety in Family Entertainment Centers and Go Kart Operations
- IAAPA, New Orleans Louisiana; Contributor to Panel Presentation on Go-kart Facility Development,  Operations, and safety
- NAARSO Sandusky OH, 1994 & '98  Go Kart Inspection Methods, Aerial Tramway Inspections standards, Orlando FL, 1997 Waterpark Inspection Methods; Go-Kart safety Issues, Nashville TN, Fibreglass failure identification. Go-kart Track Rail systems Inspection '98
- Australian Amusement, Leisure, and Recreation Association Risk Management and Trends in the Amusement Industries May 1997 (4 subjects)

**SELECTED PRESENTATIONS (cont'd):**
- National Environmental Health Association; Risk Management Issues in Swimming Pools v. Waterparks, Gulf Shores '97; Water Quality Control, Nashville '99; Emerging NSPI standards, Hawaii '01;
- WWA Asia Int'l Conference for Amusement and Parks, Singapore. Risk Management Issues in Staff Training, Incident Recording, and Operations Procedures. Aug 1997
- WWA Advanced Management seminar. Fibreglas properties; NSPI standard Development; 4-98
- India Waterworld Expo Management and Development seminar: Key factors in park, Risk Management techniques in management and operation, Basics of Water Quality Control 5-98
- WWA "Dealing with e-coli in the Aquatic Facility", "Standards Development for Recreational Aquatic Facilities", Aquatic staff Auditing" 1998
    - AIMS International Annual Safety Training Seminar Program. "Signs and Warnings", "Go-Kart Safety and Inspection", Safety in Waterpark Operations 1-99; Crisis, Mgmt 1-03; AFO Instructor, 1-03/1-09. An effective process for in-house inspection check lists. How to Inspect Waterparks and Amusement Parks 11-'11
    - New England Association of Amusement Parks and Attractions, "Standards in the Aquatics Industry", Handling Emergencies Effectively 4-99
- National Environmental Health Association; Waterpark responses to E-coli outbreak 7-99

- AALARA - A series of seminars in Queensland Australia dealing with matters of water quality control and waterborne parasites, Theme Park Crisis handling, May, 1997.
- Jan 2001, select Committee of the NSPI, CDC, and WWA for matters of fecal incident response in aquatic recreation
- IAAPA - Dealing with Ride Inspectors, Nov, 2001
- California Department of Ride Inspections – conducting waterpark safety inspections 11-02
- State of Ohio, Department of Labor, Amusement Rides Divisions Inspection techniques for the waterpark industry (4-03)
- Cobb County (GA) Department of Recreation; Aquatic Facility Operations and AFO Course, 01,02,03,04)
- National Recreation and Parks Association – Oregon: Using Risk Management Techniques in General Management 11-99
- World Waterpark Association - Santa Clara CA; Developing the Business Plan; standards Development for the Aquatic Industry. 10-99
- IAAPA Atlanta GA Rides safety signs and attraction ratings; 11-99
- NAARSO -Aquatic facility inspection techniques and standards February, 2000: 2002,3,4 How to inspect waterparks 2009/2012/2013
- PA Department of Agriculture, Amusement Rides Division "How to Inspect Waterparks, Waterpark Operations, Waterpark Sign Standards, Developing Effective In-house Inspection Processes" (6 hrs) 2-27/28-2013

**EMPLOYMENT HISTORY:**
**1985 –CURRENT**
*ConServ Associates Inc, President*
*A consultancy serving the Amusement, Leisure, and Hospitality Industries in matters of loss control through economics, marketing, risk management, general management, engineering, operations, maintenance and safety*

**1997-1999**
*Whitewater Waterpark, and American Adventures Amusement Park Marietta Georgia, (Silver Dollar City, Six Flags over Georgia). Director of Engineering Services. (Concurrent with ConServ Associates' Activity)*

**1986 – 1997**
*SilverCreek Recreation Inc, WindRiver Restaurant, Pres*
*Co-owner, operator of a regional ski resort and family restaurant in Humbold,t Iowa*

**1978 – 1986**
*Brandywine Leisure Enterprises Inc (d.b.a. Brandywine Ski Center and Dover Lake Park) Exec V.P. and General Manager. Direct hands-on participation and responsibility for the design, construction, management, operations, maintenance, and market development of regional ski resort family entertainment center, full service waterpark, RV campgrounds, and catering operations at the 240 acre, 300 employee resort*

**EMPLOYMENT HISTORY *PRIOR***
*Applied Atmosphere Processing;*
General Manager for project to design and build specialized, proprietary prototype equipment

*- Industrial Heat Treating Company,*
Plant Mgr; Responsible for all aspects of plant construction, process development and operation including employee safety, production, operations administration, plant maintenance, labor contract negotiation and labor relations.

*- Ohio Metallurgical service;*
General Manager – C.O.O. –Mid size heat treating company in Midwest. Responsible for all aspects of operation including plant expansion and day-to-day operations

*- Lorain County Community College;*
Instructor in shop practices and workplace safety (OSHA)

*- Surface Combustion Inc,*
*Research and Development Engineer, Construction Management, Sales Engineer, Independent Representative.*

*- B.F. Goodrich Company,*
*Tire Development, Quality Control, Plant Engineer, and R&D Engineer in Training*

*- Perfection Tool and Die Company,*
    Tool/Die Maker Apprenticeship (3 yr)

**SPECIAL PROJECTS:**

### Volunteer Activity –National Ski Patrol System
- Certified National Patroller 1961-1978
- Unit Leader 1961-1966 (100volunteers)
- Section Chief 1966 1970 (400volunteers -3units)
- Region Director 1970 -1972 (800volunteers -7 units)
- Assistant Division Director for Training and Testing 1972-1978 ( 9 staff assistants 25 units,3000 volunteers)

(RETIRED FROM NSPS 1978 TO AVOID POTENTIAL CONFLICT OF INTEREST WITH BRANDYWINE LEISURE ENTERPRISES)

**Malibu Entertainment Worldwide/SpeedZone (formerly Mountasia)** (Dallas, TX and National)
Technical Director of test program for go-kart track rail systems) Establish test protocol for vehicle rollover protection for formula style vehicles.
Develop Risk Management Department for 28 FEC properties.
Train RM Department Manager

**Lilli and Nahappen** (Melbourne, Australia)
Conduct on-site market analysis and feasibility for recreational and commercial investments.

**Atlanta Beach Waterpark and FEC,** (GA)
Investigate 3 drownings, develop management systems, develop marketing program, develop bid to USOC for '96 Olympics

**Silver Dollar City** (Marietta, GA)
Evaluate factors in 1998 e-coli outbreak
Establish equipment maintenance and water quality management program processes and procedures
Develop FEC Ride Maintenance and Inspection Programs

**Stein Entertainment** (Durban, SA)
Analysis of slide path performance parameters for flume rides.
Develop training and operating procedures for theme parks.

**Buccaneer Bay** (California)
Evaluate feasibility analysis and develop business plan for wet/dry theme park

**City of Concord** (California)
Assess factors in waterslide collapse in waterpark

**Tiki Island** (Florida)
Incident evaluation and reconstruction of go-kart rollover and fire

**The Rapids** (Florida)
Develop plan concept for waterpark expansion and property utilization - ongoing update and follow up.
Rehab and Develop Park-Wide Ride Safety and Instructions for new ICC compliant Sign System (2012)

**Silver Springs** (Florida)
Develop operating procedures for wildlife park and waterpark.

**Glynn Barclay and Associates**
Certified Risk Evaluator (CRE) and CRE trainer. Conduct field audits for insurance underwriters. Train candidates for certification as Risk Evaluators

**SPECIAL PROJECTS (cont'd)**

**Dancing Waters** (GA)
Establish marketing, operating, maintenance program, develop wet/dry recreation park and assist development of a successful bit to IOC for 1996 Olympic sand volleyball tournament venue.

**Busch Entertainment**
Physical due diligence survey for waterpark purchase in Williamsburg VA;. Lifeguard plan for Discovery Cove Orlando, Annual aquatic staff performance audits 4 waterparks

**Douglasville GA** Feasibility study for major Family Entertainment Center

**The Big Event** Albuquerque, NM
Establish condition and value of waterpark to be purchased as part of larger development.

**Mountain Creek Waterpark Resort,** NJ
Evaluate Maintenance Department Operations, Staffing and Procedures.

**Atlantis Resort, Bahamas**
Assess Plant Engineering and Water Treatment safety protocol; Investigate Child Entrapment Incident

**Jeff Ellis and Associates Inc,**
Senior Associate; Rides Commissioning Audits

**Super Splash Waterpark**, Edinburgh Texas
Define process and costs for park re-opening after prior business failure

**Thunder Falls Waterpark** Mackinaw City, MI
Consulting General Manager - 2005 '06, '07, '08 & '09 seasons

**Kool Runnings Waterpark,** Negril Jamaica Consulting Director of Operations for startup 2007

**Ellis and Associates,** Houston, TX. Associate for Waterpark Attraction Commissioning Audits, 2002-04

**CLM Entertainment Group LLC**
Contractor for Loss control team for IAAPA trade show, 2008, 2010, 2011, 2012. Certified Risk Evaluator for Risk Management and Loss Control Services

**Royal Caribbean Cruise Lines**
Develop guest instruction program for use of FlowRider on board cruise ships

**Singapore Building Department Amusement Rides Division (2011)**
Member of 2 person CLM team to train amusement ride inspectors (25) in new government agency. – 40 hrs

# Con-Serv Associates Inc
W.A. James
# CASES TO DEPOSITION OR TRIAL*
THROUGH 2013 By Client

| CLIENT | CITY | ACTIVITY | DATE** |
|---|---|---|---|
| Adventure Landing | Jacksonville, FL | Trial | 9-03 |
| Barclay | Springfield MO | Deposition | 11-95 |
| Beach Waterpark | Albuquerque NM | Deposition | 11-08 |
| Brister | Rosedale, LA | Deposition | 4-96 |
| Biersto | Trenton NJ | Trial | 6-95 |
| Busch Entertainment | Williamsburg, VA | Trial | 7-94 |
| Carts-on-the-go | Cape May, NJ | Trial | 5-04 |
| Carnival Cruise Lines | Miami, FL | Deposition | 10-07 |
| Coney Island | Cincinnati, OH | Deposition | 11-94 |
| Chestnut Mtn | Galena, IL | Deposition | 3-94 |
| Creative Waterworks | Cincinnati OH | Deposition | 2-94 |
|  | Woodward OK | Deposition | 2-95 |
| Dover Lake Park | Northfield, OH | Deposition |  |
| Elliott Shows | Adrian, MI | Deposition | 6-97 |
| Emerald Pointe | Charlotte, NC | Deposition | 6-07 |
| Family Fun | Columbia, MO | Deposition | 5-97 |
| Funtyme | Mason, MI | Trial | 11-96 |
| Dancing Waters | Atlanta, GA | Deposition | 9-94 |
| Dancing Waters | Atlanta, GA | Deposition | 10-95 |
| Guzman | Waterpark Experts et al | Trial | 8-10 |
| Halloway-Bell | Liberal, KS | Deposition | 2-95 |
| Hammes | Branson, MO | Trial | 8-05 |
| Holiday Sands | Akron, OH | Deposition | 4-92 |
| Hurricane Harbor | Los Angeles, CA | Deposition | 5-01 |
| Irish Hills Fun Park | Irish Hills, MI | Deposition | 4-02 |
| Jamestown Waterslide | Jamestown, VA | Deposition | 3-91 |
| Karrasch | Buffalo, NY | Trial | 3-99 |
| Ken-bar Mfg | Columbia, SC | Depostion | 11-01 |
| Louisiana Pacific | Oroville, CA | Trial | 2-95 |
| Marine Mountain | Waterloo, IA | Trial | 6-92 |
| Noah's Ark | Wisc Dells, WI | Trial | 4-92 |
| Peoria Park Dist | Peoria IL | Deposition | 3-94 |
| Piskula v. Raceway Park | Osage Beach, MO | Deposition | 3-97 |

| | | | |
|---|---|---|---|
| Prudhomes | Toronto, Ontario | Affidavit | 8-96 |
| Prima Donna Corp | Las Vegas, NV | Deposition | 9-98 |
| Pugh Shows | Benton Harbor , MI | Deposition | 7-97 |
| Raging Waters, | San Jose, CA | Deposition | 3-98 |
| Raging Rapids | St. Louis , MO | Deposition | 12-00 |
| Rapids, WP | West Palm Bch, FL | Trial | 7-03 |
| Rapids Waterpark | West Palm Beach, FL | Trial | 2-09 |
| Regg v. Ken-bar | Nashville, TN | Deposition | 8-96 |
| Rushmore Waterslide | Rapid City, SD | Trial | 8-95 |
| Rushmore Waterslide | Rapid City, SD | Trial | 2-93 |
| Sesame Place | Langhorne, PA | Trial | 10-97 |
| Sesame Place | Langhorne, PA | Deposition | 1-00 |
| Sesame Place | Doylestown, PA | Trial | '10-08 |
| Sevylor USA | Houston, TX | Deposition | 9-96 |
| Six Flags/Atlantis | Hollywood Fl | Deposition | 10-92 |
| Six Flags-Hurricane Harbor | Valencia, CA | Deposition | 5-01 |
| Six Flags Over Texas | Arlington, TX | Deposition | 7-02 |
| Snow King | Jackson, WY | Deposition | 11-95 |
| Slippery Sam's | Biloxi, MS | Trial | 10-93 |
| Splashtacular | Greenbay, WI | Deposition | 7-13 |
| Vernold | Watertown, NY | Trial | 7-91 |
| Wacky Waters | Davenport IA | Trial | 4-00 |
| WaterCountry | Richmond, VA | Trial | 8-94 |
| WaterCountry | Norfolk, VA | Trial | 11-94 |
| Wild Rapids | Alton, IL | Deposition | 10-00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Tabulated from files.  Closed/stripped case files subject to verification.
** Approx date of last activity



Royal Caribbean Cruises, Ltd
1050 Caribbean Way
Miami, FL 33132

January 23, 2014

ATTN: Leah H. Martinez
RE: Smith v Royal Caribbean
YOUR FILE:

# INVOICE
OUR FID # 42 128 283 7
**MAKE CHECKS PAYABLE TO Con-Serv Associates Inc**

### SERVICES RENDERED (Record review, Opinion Report).................................................

| Qty | Unit | | Rate | Extend |
|---|---|---|---|---|
| | Day | Field Inspection (12-7-13) | $1,450.00 | $0.00 |
| | Hr | Deposition or Trial ( ) | $350.00 | $0.00 |
| 6.2 | Hrs | Review file, Smith Depo, Complaint, Ebro Report, NSPI-1, ISPSC-2012, Florida 64E-9, compile report | $235.00 | $1,457.00 |
| | Hrs | Clerical | $75.00 | $0.00 |
| | Hrs | Associate/Professional | | $0.00 |
| | Hrs | Fld Insp Overtime | $235.00 | $0.00 |
| | Hrs | Travel Time | $50.00 | $0.00 |
| | | Ride Path Analysis First Computer Model Run | $475.00 | $0.00 |
| | | Additional Comp Model (s) | $220.00 | $0.00 |
| | | FIXED FEE | | |
| | | **FEES FOR SERVICES:** . . . . . . | | **$1,457.00** |

### DIRECT EXPENSES

| | Miles | Company/Employee Vehicle ( local ) | $0.65 | $0.00 |
|---|---|---|---|---|
| | Day | Motel ( ) | | |

| | | |
|---|---:|---:|
| Air Fare | | |
| Parking @ ( ), Auto Rental/Fuel/ | | |
| Incoming e-mail/fax printing, | $0.25 | $0.00 |
| Electronic photo print | $1.50 | |
| Meals, Tips, Incidentals | | |
| Direct Expenses Surcharge | | $0.00 |
| **EXPENSES THIS PERIOD:** . . . . . . . | | **$0.00** |
| *__PRIOR OPEN INVOICES__ | | $2,973.98 |
| SERVICE ON PRIOR INVOICES | | $44.61 |

**TOTAL FEES AND EXPENSES NOW DUE. . . . . . $4,475.59**

**RETAINER ON DEPOSIT AGAINST FINAL INVOICE** ................................................................................................................ **$ 2000**
TERMS: NET 10/25 PROXIMO.  INVOICES PAST  DUE SUBJECT TO 1-1/2%   REPROCESSING FEE PER MONTH OR PART THEREOF.
ENGAGING CLIENT IS LIABLE FOR ALL CHARGES.   REFERENCE OF INVOICE TO THIRD PARTY NOT ACCEPTED.



Royal Caribbean Cruises, Ltd
1050 Caribbean Way
Miami, FL 33132

Dec 26, 2013

ATTN: Leah H. Martinez
RE: Smith v Royal Caribbean
YOUR FILE:

# INVOICE
OUR FID # 42 128 283 7
**MAKE CHECKS PAYABLE TO Con-Serv Associates Inc**

**SERVICES RENDERED** ( Field Insp, record review, affidavit  ) ........................................

| Qty | Unit | | Rate | Extend |
|---|---|---|---|---|
| 1.0 | Day | Field Inspection   (12-7-13 ) | $1,450.00 | $1,450.00 |
| | Hr | Deposition or Trial ( ) | $350.00 | $0.00 |
| 3.2 | Hrs | Review file, Smith Depo, Complaint, Evaluation, Affidavit | $235.00 | $752.00 |
| | Hrs | Clerical | $75.00 | $0.00 |
| | Hrs | Associate/Professional | | $0.00 |
| | Hrs | Fld Insp Overtime | $235.00 | $0.00 |
| 1.5 | Hrs | Travel Time | $50.00 | $75.00 |
| | | Ride Path Analysis First Computer Model Run | $475.00 | $0.00 |
| | | Additional Comp Model (s) | $220.00 | $0.00 |
| | | FIXED FEE | | |
| | | **FEES FOR SERVICES:** . . . . . . | | **$2,277.00** |

**DIRECT EXPENSES**

| 88 | Miles | Company/Employee Vehicle   ( local ) | $0.65 | $57.20 |
|---|---|---|---|---|
| | Day | Motel   ( ) | | |

| | | |
|---|---:|---:|
| Air Fare | | $447.80 |
| Parking @ ( ), Auto Rental/Fuel/ | | $74.57 |
| Incoming e-mail/fax printing, | $0.25 | $0.00 |
| Electronic photo print | $1.50 | |
| Meals, Tips, Incidentals | | $26.50 |
| Direct Expenses Surcharge | | $90.91 |

**EXPENSES THIS PERIOD: . . . . . . .**   **$696.98**

***PRIOR OPEN INVOICES**
SERVICE ON PRIOR INVOICES   $0.00

**TOTAL FEES AND EXPENSES NOW DUE. . . . . .   $2,973.98**

**RETAINER ON DEPOSIT AGAINST FINAL INVOICE** ....................................................................................................................... **$**
TERMS: NET 10/25 PROXIMO.  INVOICES PAST  DUE SUBJECT TO 1-1/2%   REPROCESSING FEE PER MONTH  OR PART THEREOF.
ENGAGING CLIENT IS LIABLE FOR ALL CHARGES.   REFERENCE OF INVOICE TO THIRD PARTY NOT ACCEPTED.
C:\