UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-Civ-20697-COOKE/TORRES

DONALD SMITH,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION**

    BEFORE ME is Defendant, Royal Caribbean Cruises, Ltd.'s, Motion for Reconsideration of Order Denying Defendant's Motion for Summary Judgment, ECF No. 86. I have reviewed Defendant's Motion for Reconsideration of Order Denying Defendant's Motion for Summary Judgment, ECF No. 86, Plaintiff's Response in Opposition to the Defendant's Motion for Reconsideration (D.E. 86), ECF No. 88, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on January 8, 2015.

    For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendant's Motion for Reconsideration of Order Denying Defendant's Motion for Summary Judgment, ECF No. 86, is **GRANTED**.
2. Defendant's previously denied Motion for Summary Judgment, ECF No. 13, is now **GRANTED**.
3. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 14th day of January 2015.

*/s/ Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*